IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERNECIA D. WILSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA and )<br>HEADLAND POLICE DEPARTMENT, )<br>)<br>Defendants. ) | CIVIL ACT. NO. 1:18-cv-823-ECM<br>(WO) |

## MEMORANDUM OPINION and ORDER

On July 27, 2020, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

Done this 24th day of August, 2020.

                                        /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE